```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

ARTHUR BALL                                              PLAINTIFF

VERSUS                         CIVIL ACTION NO: 5:10-cv-122-DCB-JMR

AMERICAN FAMILY LIFE ASSURANCE
COMPANY OF COLUMBUS                                     DEFENDANTS

## ORDER STAYING PROCEEDINGS

This cause comes before the Court on the Defendant's Motion to Compel Arbitration and Motion to Dismiss, or Alternatively, to Stay Proceedings [docket entry no. 2]. After the Plaintiff failed to file a timely response to the Motion, the Court ordered the Plaintiff to show cause why the Motion should not be granted [docket entry no. 6]. In response, the Plaintiff averred that both parties had agreed that all issues in the case were subject to arbitration and that the matter in this Court should be stayed pursuant to 9 U.S.C. § 3.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to 9 U.S.C. § 3, all proceedings in the above-captioned action are stayed pending completion of arbitration in accordance with the terms of the arbitration agreement between the parties.

**IT IS FURTHER ORDERED** that the stay ordered herein shall be lifted only by order of this Court.

**SO ORDERED**, this the 8th day of November 2010.

   s/ David Bramlette   

**UNITED STATES DISTRICT JUDGE**
